**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Kevin D. Everage
Nevada Bar No. 15913
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
(702) 550-4439
jkrieger@dickinsonwright.com
keverage@dickinsonwright.com

Frank G. Long (*Pro hac vice to be submitted*)
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
(602) 285-5093
flong@dickinsonwright.com

David S. Becker (*Pro hac vice to be submitted*)
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 377-7881
dbecker@dickinsonwright.com

*Attorneys for Plaintiff*
*BBK Tobacco & Foods, LLP*
*d/b/a HBI International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL,<br><br>    *Plaintiff,*<br><br>  v.<br><br>AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., and NEPA WHOLESALE, INC.,<br><br>    *Defendants.* | Case No. 2:22-cv-01648-GMN-BNW<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK") and Defendants



1

AIMS Group USA Corporation a/k/a AIMS Group USA, Inc., ("AIMS") and NEPA Wholesale, Inc. ("NEPA"), by and through their respective counsel, seek an additional thirty (30) days in which Defendants may file their responses to the Complaint in this case. Based upon the date of service, Defendants' current deadline to file their responses to the Complaint runs on Monday, October 24, 2022. The Parties are engaged in discussions regarding possible resolution of this matter. In order to continue those discussions, the Parties have agreed to extend up to and including **Wednesday, November 23, 2022**, but no longer, the time in which Defendants may file their responses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1         This request is brought for good cause to enable the Parties sufficient time to explore a

2   resolution of the case, and not for the purpose of delay.

3         **IT IS SO AGREED AND STIPULATED:**

4     DATED this 22th day of October, 2022.      DATED this 22th day of October, 2022.

5   **DICKINSON WRIGHT PLLC**         **THE SHAPIRO LAW FIRM, LLP**

6
7   */s/ John L. Krieger*                 */s/ Robert J. Shapiro*
   John L. Krieger, Esq.                Robert J. Shapiro, Esq.

8      Nevada Bar No. 6023              (*Pro hac vice to be submitted*)
   Email: jkrieger@dickinsonwright.com     Email: rshapiro@theshapirolawfirm.com

9      3883 Howard Hughes Parkway, Suite 800   270 Madison Ave., Suite 1801
   Las Vegas, Nevada 89169-0965       New York, New York 10016

10    Tel: (702) 550-4400                Tel: (212) 391-6464
   Fax: (844) 670-6009

11
   Frank G. Long                  *Attorney for Defendant AIMS Group Corporation*

12    (*Pro hac vice to be submitted*)
   Email: flong@dickinsonwright.com      **FEINSTEIN & MENDEZ, P.A.**

13    1850 N. Central Avenue, Suite 1400
   Phoenix, Arizona 85004           */s/ Brett Feinstein*

14    Tel: (602) 285-5093                Brett Feinstein, Esq.
                             (*Pro hac vice to be submitted*)

15                               Email: brett@fmpalawfirm.com
   David S. Becker                 2600 S. Douglas Road, Suite 506

16    (*Pro hac vice to be submitted*)        Coral Gables, Florida 33134
   Email: dbecker@dickinsonwright.com     Tel: (786) 636-8938

17    55 W. Monroe Street, Suite 1200
   Chicago, Illinois 60603            *Attorney for Defendant NEPA Wholesale, Inc.*

18    Tel: (312) 377-7881

19
   *Attorneys for Plaintiff*

20

21

22                       **ORDER**
                     **IT IS SO ORDERED**

23                       **DATED:** 12:26 pm, October 24, 2022

24

25

26                       **BRENDA WEKSLER**
                     **UNITED STATES MAGISTRATE JUDGE**

27

28

