**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Kevin D. Everage
Nevada Bar No. 15913
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
(702) 550-4439
jkrieger@dickinsonwright.com
keverage@dickinsonwright.com

Frank G. Long (Admitted *Pro hac vice*)
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
(602) 285-5093
flong@dickinsonwright.com

David S. Becker (Admitted *Pro hac vice to be*)
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 377-7881
dbecker@dickinsonwright.com

*Attorneys for Plaintiff*
*BBK Tobacco & Foods, LLP*
*d/b/a HBI International*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., and NEPA WHOLESALE, INC.,<br><br>　　　　*Defendants.* | Case No. 2:22-cv-01648-GMN-BNW<br><br>**JOINT STIPULATION TO EXTEND TIME TO AMEND AFFIRMATIVE DEFENSES**<br><br>(FIRST REQUEST) |

　　　　Plaintiff BBK Tobacco & Foods, LLP, d/b/a HBI International ("BBK") and Defendant



1

NEPA Wholesale, Inc. ("NEPA"), by and through their respective counsel, met and conferred regarding NEPA's affirmative defenses, and NEPA has agreed to withdraw its Third, Fourth, Sixth, Ninth, Tenth, and Eleventh Affirmative Defenses, and will revise its Fifth Affirmative Defense accordingly.

NEPA agrees to file with the Court and serve on BBK counsel NEPA's revised and amended Affirmative Defenses no later than February 10, 2023.

IT IS SO AGREED AND STIPULATED:

DATED this 25th day of January, 2023.          DATED this 25th day of January, 2023.

**DICKINSON WRIGHT PLLC**                       **FEINSTEIN & MENDEZ, P.A.**

/s/ John L. Krieger                             /s/ Brett Feinstein
John L. Krieger, Esq.                           Brett Feinstein, Esq.
Kevin D. Everage, Esq.                          (Admitted *Pro hac vice*)
3883 Howard Hughes Parkway, Suite 800           2600 S. Douglas Road, Suite 506
Las Vegas, Nevada 89169-0965                    Coral Gables, Florida 33134

Frank G. Long, Esq.                             **RICE REUTHER SULLIVAN & CARROLL, LLP**
(Admitted *Pro hac vice*)                       David A. Carroll, Esq.
1850 N. Central Avenue, Suite 1400              Anthony J. DiRaimondo, Esq.
Phoenix, Arizona 85004                          Robert E. Opdyke, Esq.
                                                3800 Howard Hughes Parkway, Suite 1200
David S. Becker, Esq.                           Las Vegas, Nevada 89169
(Admitted *Pro hac vice*)
55 W. Monroe Street, Suite 1200                 *Attorneys for Defendant NEPA Wholesale, Inc.*
Chicago, Illinois 60603

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 26, 2023

