1  David A. Carroll, Esq. (NSB #7643)
   dcarroll@rrsc-law.com
2  Anthony J. DiRaimondo, Esq. (NSB #10875)
   adiraimondo@rrsc-law.com
3  Robert E. Opdyke, Esq. (NSB #12841)
   ropdyke@rrsc-law.com
4  **RICE REUTHER SULLIVAN & CARROLL, LLP**
   3800 Howard Hughes Parkway, Suite 1200
5  Las Vegas, Nevada 89169
   Tel: (702) 732-9099
6  Fax: (702) 732-7110

7  -and-

8  Brett Feinstein, Esq. (FSB #953120)*(Pro hac vice)*
   Brett@fmpalawfirm.com
9  FEINSTEIN & MENDEZ, P.A.
   2600 S. Douglas Road, Suite 506
10 Coral Gables, Florida 33134
11 Tel: (786) 636 8938
   Fax: (786) 636 8941

*Attorneys for Defendant NEPA Wholesale, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL, | Case No. 2:22-cv-01648-GMN-BNW |
| *Plaintiff*, | |
| v. | **STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL FINANCIAL DOCUMENTS** |
| AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., and NEPA WHOLESALE, INC., | |
| *Defendants*. | (FIRST REQUEST) |
| NEPA WHOLESALE, INC., | |
| *Cross Claimant*, | |
| v. | |
| AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., | |
| *Cross Claimee*. | |

1

Plaintiff BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL ("BBK") and Defendant NEPA WHOLESALE, INC. ("NEPA") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation for Extension of Deadline to Respond to Plaintiff's Motion to Compel Financial Documents in this case. The Parties have agreed the Defendant's deadline to respond to Plaintiff's Motion to Compel Financial Documents shall be extended up through and including June 5, 2023. The Parties have agreed to the extension for the reasons set out below.

Due to scheduling issues, Defendant NEPA needs additional time to complete its opposition to the pending motion to compel and seeks an additional four (4) days in which to file it. Moreover, the requested extension will give NEPA some additional time to supplement its document production, which supplement is anticipated to narrow the issues that may need to be addressed by the court with respect to Plaintiff's motion. Plaintiff has no opposition to the requested extension. This request and stipulation is made for good cause and not for purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 2nd day of June, 2023.                    DATED this 2nd day of June, 2023.

**DICKINSON WRIGHT PLLC**                            **FEINSTEIN & MENDEZ, P.A.**

/s/John L. Krieger                                   /s/ Brett Feinstein
John L. Krieger, Esq.                                Brett Feinstein, Esq.
Kevin D. Everage, Esq.                               (Admitted *Pro hac vice*)
3883 Howard Hughes Parkway, Suite 800                2600 S. Douglas Road, Suite 506
Las Vegas, Nevada 89169-0965                         Coral Gables, Florida 33134

Frank G. Long, Esq.                                  **RICE REUTHER SULLIVAN & CARROLL, LLP**
(Admitted *Pro hac vice)*
J. Alex Grimsley                                     David A. Carroll, Esq.
(Admitted *Pro hac vice*)                            Anthony J. DiRaimondo, Esq.
1850 N. Central Avenue, Suite 1400                   Robert E. Opdyke, Esq.
Phoenix, Arizona 85004                               3800 Howard Hughes Parkway, Suite 1200
                                                     Las Vegas, Nevada 89169
David S. Becker, Esq.
(Admitted *Pro hac vice)*                            *Attorneys for Defendant NEPA Wholesale, Inc.*
55 W. Monroe Street, Suite 1200

2

1  Chicago, Illinois 60603

2  Ashley N. Fernandez
3  *(Admitted Pro hac vice)*
   500 Woodward Avenue, Suite 4000
4  Detroit, Michigan 48226

5  *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: June 5, 2023

3