David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Tel: (702) 732-9099
Fax: (702) 732-7110

-and-

Brett Feinstein, Esq. (FSB #953120)*(Pro hac vice)*
Brett@fmpalawfirm.com
FEINSTEIN & MENDEZ, P.A.
2600 S. Douglas Road, Suite 506
Coral Gables, Florida 33134
Tel: (786) 636 8938
Fax: (786) 636 8941

*Attorneys for Defendant NEPA Wholesale, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL, | Case No. 2:22-cv-01648-GMN-BNW |
| *Plaintiff,* | |
| v. | **STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFF'S APPLICATION FOR ATTORNEY FEES** |
| AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., and NEPA WHOLESALE, INC., | |
| *Defendants.* | (FIRST REQUEST) |
| NEPA WHOLESALE, INC., | |
| *Cross Claimant,* | |
| v. | |
| AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., | |
| *Cross Claimee.* | |



1

Plaintiff BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL ("BBK") and Defendant NEPA WHOLESALE, INC. ("NEPA") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation for Extension of Deadline to Respond to Plaintiff's Application for Attorney Fees in this case. The Parties have agreed the Defendant's deadline to respond to Plaintiff's Application for Attorney Fees shall be extended up through and including July 28, 2023. The Parties have agreed to the extension for the reasons set out below.

Due to scheduling issues, Defendant NEPA needs additional time to complete its response to Plaintiff's Application for Attorney Fees and seeks an additional four (4) days in which to file it. Plaintiff has no opposition to the requested extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



This request and stipulation is made for good cause and not for purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 26th day of July, 2023.         DATED this 26th day of July, 2023.

**DICKINSON WRIGHT PLLC**              **FEINSTEIN & MENDEZ, P.A.**

*/s/John L. Krieger*                         */s/Brett Feinstein*
John L. Krieger, Esq.                      Brett Feinstein, Esq.
Kevin D. Everage, Esq.                     (Admitted *Pro hac vice*)
3883 Howard Hughes Parkway, Suite 800      2600 S. Douglas Road, Suite 506
Las Vegas, Nevada 89169-0965               Coral Gables, Florida 33134

Frank G. Long, Esq.                        **RICE REUTHER SULLIVAN & CARROLL, LLP**
(Admitted *Pro hac vice*)
J. Alex Grimsley, Esq.                     David A. Carroll, Esq.
(Admitted *Pro hac vice*)                  Anthony J. DiRaimondo, Esq.
1850 N. Central Avenue, Suite 1400         Robert E. Opdyke, Esq.
Phoenix, Arizona 85004                     3800 Howard Hughes Parkway, Suite 1200
                                           Las Vegas, Nevada 89169
David S. Becker, Esq.
(Admitted *Pro hac vice*)                  *Attorneys for Defendant NEPA Wholesale, Inc.*
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603

Ashley N. Fernandez
(Admitted *Pro hac vice*)
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226

*Attorneys for Plaintiff*

 **IT IS SO ORDERED:**

 _____
 United States Magistrate Judge

 DATED:  July 27, 2023



3