**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Kevin D. Everage
Nevada Bar No. 15913
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
(702) 550-4439
jkrieger@dickinsonwright.com
keverage@dickinsonwright.com

Frank G. Long (*Admitted Pro hac vice*)
J. Alex Grimsley (*Admitted Pro hac vice)*
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
(602) 285-5093
flong@dickinsonwright.com
jagrimsley@dickinsonwright.com

David S. Becker (*Admitted Pro hac vice*)
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 377-7881
dbecker@dickinsonwright.com

Ashley Fernandez (Admitted *pro hac vice*)
500 Woodward Avenue, Suite 4 000
Detroit, MI 48226
(313) 223-3500
afernandez@dickinsonwright.com

*Attorneys for Plaintiff*
*BBK Tobacco & Foods, LLP*
*d/b/a HBI International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP, an Arizona limited liability partnership, d/b/a HBI INTERNATIONAL,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>AIMS GROUP USA CORPORATION a/k/a AIMS GROUP USA, INC., *et al.*<br><br>　　　*Defendants*.<br>AND ALL RELATED CLAIMS | Case No. 2:22-cv-01648-GMN-BNW<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS NEPA WHOLESALE, INC. AND NEPA 2 WHOLESALE LLC** |

1

Plaintiff BBK Tobacco & Foods, LLP d/b/a HBI International ("BBK") and Defendants NEPA Wholesale, Inc. ("NEPA") and NEPA2 Wholesale, LLC ("NEPA2") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows, and **IT IS HEREBY ORDERED**:

1. The Parties have entered into a Settlement Agreement resolving the claims asserted by BBK against NEPA and NEPA2 in Plaintiff's Second Amended Complaint ("SAC") (ECF No. 76).

2. In the Settlement Agreement, the Parties agreed to the Court's entry of permanent injunction and final judgment against NEPA and NEPA2 (the "NEPA Defendants"), and therefore the Parties jointly request the Court enter the following judgment.

3. This Court has jurisdiction over BBK and the NEPA Defendants and over the subject matter of this action and for entry and enforcement of this Judgment and Permanent Injunction.

4. Venue is proper in this judicial district pursuant to, *inter alia*, 28 U.S.C. §§ 1391 and 1400.

5. BBK is the owner of all right, title, and interest in and to the RAW®-Brand Product Slogan, RAW™-Brand Trade Dress, RAW Cone Bro™ mark, and the RAW™-Brand Graphic Design Copyrights, each as defined in Plaintiff's Second Amended Complaint ("SAC") (ECF No. 76).

6. BBK's rights in the RAW®-Brand Product Slogan, RAW™-Brand Trade Dress, RAW Cone Bro™ mark, and the RAW™-Brand Graphic Design Copyrights are valid and enforceable.

7. Bijay Shrestha is the President, sole director and sole shareholder of NEPA and the President, Manager and sole member of NEPA 2.

8. Judgment is entered, jointly and severally, against the NEPA Defendants for the following:

    a. willfully infringing BBK's registered trademark rights to the RAW®-

1  Brand Product Slogan, namely THE NATURAL WAY TO ROLL®, in violation of 15
2  U.S.C. § 1114;

3    b. willfully infringing BBK's registered trademark rights to the RAW®-
4  Brand Marks (as defined in the SAC), including the package graphic designs representing
5  the RAW™-Brand Trade Dress (as defined in the SAC) in violation of 15 U.S.C. § 1114;

6    c. willfully infringing BBK's trademark rights to the RAW™-Brand Trade
7  Dress, the RAW®-Brand Product Slogan, and the RAW Cone Bro™ mark by the NEPA
8  Defendants' unauthorized use of the "BroCone" brand name, the "BroCone" Package and
9  Box Graphic Designs (as defined in the SAC), and the slogan, "THE NATURAL WAY
10 TO ROLL," on packaging and advertising for, and/or to identify, the "BroCone" Products
11 (as defined in the SAC), which constitutes a false designation of origin that has caused, or
12 is likely to cause, confusion, mistake, and deception as to whether the origins of the
13 "BroCone" Products are the same as the RAW™-Brand Products or whether there is some
14 affiliation, connection or association between the "BroCone" Products and the RAW™-
15 Brand Products and/or the commercial activities of BBK, all in violation of 15 U.S.C. §
16 1125(a)(1)(A); and

17   d. willfully infringing BBK's exclusive RAW™-Brand Graphic Design
18 Copyrights in violation of 17 U.S.C. § 501, by the NEPA Defendants' unauthorized use
19 of substantially similar packaging designs for packaging of "BroCone" products,
20 including the designs of following nine (9) BBK's works whose copyrights the NEPA
21 Defendants infringed after the Effective Date of Registration of those BBK works with
22 the U.S. Copyright Office: Reg. Nos. TX 6-626-247, VA 1-962-325, VA 1-961-856, VA
23 2-297-893; VA 2-297-888; VA 2-313-563; VA 2-299-673; VA 2-320-503; VA 2-317-
24 293.

25  9. The Court finds that BBK has suffered and will continue to suffer irreparable harm
26 and injury from the NEPA Defendant's past and continued use of the "BroCone" name,
27 "BroCone" Product Packaging, "THE NATURAL WAY TO ROLL" slogan, and any product
28 packaging, box, in-store display or design, advertising or slogan incorporating or confusingly

similar to the RAW™-Brand Trade Dress or the RAW®-Brand Product Slogan, the RAW Cone Bro™ name, and/or any of the RAW™-Brand Graphic Design Copyrights.

10. Pursuant to 15 U.S.C. § 1116, 17 U.S.C. § 502, and Rule 65(d) of the Federal Rules of Civil Procedure, the NEPA Defendants and their respective employees (while employed by or acting for any of the NEPA Defendants), officers, directors, agents, successors, and assigns, and all other persons or entities acting in active concert or participation with any of them, including but not limited to Bijay Shrestha and any entity of which Bijay Shrestha is a manager, officer, director or fifty percent (50%) owner (collectively, the "Enjoined Parties"), are hereby permanently enjoined from:

a. marketing, promoting, advertising, selling or offering for sale any product using the "BroCone" brand name, the "BroCone" Package and Box Graphic Designs (as defined in the SAC), or the slogan, "THE NATURAL WAY TO ROLL", including but not limited to the following "BroCone" Products as identified in the NEPA Parties' accounting records:

| Item ID | Description |
| --- | --- |
| 850023213044 | BROCONE (1A) KING SIZE 32 PACK |
| 850023213044A | BROCONE 1 1/4 32 PACKS PER BOX |
| 850023213044B | BROCONE KING SIZE 32 PACKS PER |
| 850023213099 | BROCONE (7A) KING SIZE 32 PACK |
| 850023213105 | BROCONE (3) ORIGINAL KING SIZE |
| 850023213129 | BROCONE (4) ORIGINAL SINGLE WI |
| 850023213143 | BROCONE (5) ORIGINAL 76MM 24 P |
| 850023213198 | BROCONE (6) ORIGINAL TIPS 50 P |
| 850023213808 | BROCONE (12A) ORIGINAL KING SI |
| 850023213808A | BROCONE ORIGINAL 1 1/4 20 PACK |
| 850023213808B | BROCONE ORIGINAL KING SIZE 20 |
| 850023213822 | BROCONE (13A) KING SIZE 20 PAC |
| 850023213822A | BROCONE 1 1/4 20 PACKS PER BOX |
| 850023213822B | BROCONE KING SIZE 20 PACKS PER |
| 850023213860 | BROCONE (1B) 1 1/4 32 PACKS PE |
| 850023213860A | BROCONE 1 1/4 32 PACKS PER BOX |
| 850023213860B | BROCONE KING SIZE 32 PACKS PER |
| 850023213891 | BROCONE (15B) ORIGINAL 11/4 20 |
| 850023213914 | BROCONE (2) ORIGINAL  3+3 TRIP |
| 850023213938 | BROCONE (7B) 1 1/4 32 PACKS PE |
| 850023213952 | BROCONE (13B) 1 1/4 20 PACKS P |

| | |
|---|---|
| 850023213976 | BROCONE (12B) ORIGINAL 1 1/4 2 |
| 850038138158 | BROCONE (17A) BROWN 109MM CONE |
| 850038138172 | BROCONE (17B) BROWN 98MM CONE |
| 850038138196 | BROCONE (19B) PINK 98MM CONE 5 |
| 850038138219 | BROCONE (19A) PINK 109MM CONE |
| 850038138240 | BROCONE (20A) PINK KING SIZE C |
| 850038138264 | BROCONE (20B) PINK 11/4 SIZE C |
| 850038138295 | BROCONE (11A) KING SIZE 800 CO |
| 850038138349 | BROCONE (11C) 11/4900 CONES PE |
| 850038138370 | BROCONE (17C) BROWN 84MM CONE |
| 850038138394 | BROCONE (17D) BROWN 60MM CONE |
| 850038138417 | BROCONE (9A) MIX-BLAST 109MM C |
| 850038138479 | BROCONE (19C) PINK 84MM CONE 5 |
| 850038138486 | BROCONE (19D) PINK 60MM CONE 5 |
| 850038138516 | BROCONE (9D) MIX BLAST 60MM CO |
| 850038138530 | BROCONE (11D) 98MM 800 CONES P |
| 850038138554 | BROCONE (9C) MIX-BLAST 84MM CO |

  b. otherwise using in commerce the "BroCone" name, "BroCone" Package and Box Graphic Designs and/or "THE NATURAL WAY TO ROLL" slogan, except that THE NATURAL WAY TO ROLL® slogan may be used solely in connection with BBK's RAW™-Brand Products (as defined in the SAC); and

  c. using, in connection with any smoking product or accessory, any hashtag consisting exclusively of and/or including the word "raw" on or in connection with any social media posts, except solely in connection with BBK's RAW™-Brand Products.

11. The Enjoined Parties must do the following:

  a. Within fifteen (15) calendar days of entry of this Judgment, destroy all "BroCone" Products in the Enjoined Parties' possession, custody or control;

  b. By September 30, 2023, provide BBK with the last known login credentials for the brocone.original Instagram account; and

  c. File with the Court and serve upon BBK within thirty (30) days after entry of this Judgment a report in writing and signed under oath by respective corporate officers of the NEPA Defendants setting forth in detail the manner and form in which they have complied with each of the terms of this Order.

12. The NEPA Defendants are jointly and severally liable to BBK for, and shall pay

1  BBK, monetary damages for trademark, trade dress and copyright infringement in the amount
2  and in the manner as set forth in the parties' Confidential Settlement Agreement (the "Payment
3  Provision").
4      13.    Other than as set forth herein, all claims asserted by BBK against the NEPA
5  Defendants in the SAC are hereby dismissed without prejudice.
6      14.    BBK and the NEPA Defendants shall bear their own costs and attorneys' fees
7  relating to the claims between BBK and the NEPA Defendants.
8      15.    This Judgment is without prejudice to any claims BBK has against any named
9  Defendants other than the NEPA Defendants.
10     16.    This Judgment is without prejudice to claims the NEPA Defendants have against
11  any named Defendants other than the NEPA Defendants.
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

17. There being no just reason for delay, this Judgment is entered as a final judgment pursuant to Fed. R. Civ. P. 54(b).

**IT IS SO AGREED AND STIPULATED this** <u>8th</u> **day of** <u>September</u>**, 2023:**

| **DICKINSON WRIGHT PLLC** | **FEINSTEIN & MENDEZ, P.A.** |
|---|---|
| /s/     John L. Krieger | /s/  Brett Feinstein |
| John L. Krieger, Esq. | Brett Feinstein, Esq. |
| Kevin D. Everage, Esq. | (Admitted *Pro hac vice*) |
| 3883 Howard Hughes Parkway, Suite 800 | 2600 S. Douglas Road, Suite 506 |
| Las Vegas, Nevada 89169-0965 | Coral Gables, Florida 33134 |
| | |
| Frank G. Long, Esq. | **RICE REUTHER SULLIVAN** |
| *(Admitted Pro hac vice)* | **& CARROLL, LLP** |
| J. Alex Grimsley | |
| *(Admitted Pro hac vice)* | David A. Carroll, Esq. |
| 1850 N. Central Avenue, Suite 1400 | Anthony J. DiRaimondo, Esq. |
| Phoenix, Arizona 85004 | Robert E. Opdyke, Esq. |
| | 3800 Howard Hughes Parkway, Suite 1200 |
| David S. Becker, Esq. | Las Vegas, Nevada 89169 |
| *(Admitted Pro hac vice)* | |
| 55 W. Monroe Street, Suite 1200 | *Attorneys for Defendants NEPA Wholesale, Inc.* |
| Chicago, Illinois 60603 | *and NEPA2 Wholesale, LLC* |
| | |
| Ashley N. Fernandez | |
| *(Admitted Pro hac vice)* | |
| 500 Woodward Avenue, Suite 4000 | |
| Detroit, Michigan 48226 | |
| | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED** Sept. 12, 2023

**DATED:**

_____
THE HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

4888-6931-0589 v1 [58183-369]