AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BBK Tobacco & Foods, LLP,

                Plaintiff,

   v.

AIM Group Corporation, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01648-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment entered in favor of Plaintiff BBK Tobacco & Foods, LLP and against Defendant Florida One Wholesale Inc.

3/18/2024
Date

DEBRA K. KEMPI
Clerk

/s/ M. Moran
Deputy Clerk